UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    Case No. 2:17-cr-21-02
                                                    HON. PAUL L. MALONEY

JENNIFER ELIZABETH SMITH,

        Defendant.
_____/

## **ORDER OF DETENTION**

      Defendant appeared before the undersigned on November 1, 2017, for an initial appearance and arraignment on the superseding indictment filed November 1, 2017. The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with her attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

                                                                */s/ Timothy P. Greeley*
                                                                TIMOTHY P. GREELEY
                                                                UNITED STATES MAGISTRATE JUDGE

Dated: November 1, 2017