UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    Case No. 2:17-cr-21-02.
                                                    HON. PAUL L. MALONEY

Jennifer Elizabeth Smith

        Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to W.D. Mich. L.Cr.R. 11.1, I conducted a plea hearing in the captioned case on November 28, 2017, after receiving the written consent of defendant and all counsel. At the hearing, defendant entered a plea of guilty to Count 4, charging defendant with Distribution of Methamphetamine and Aiding and Abetting the Districtui8on of Methamphetamine in violation of 21:841(a)(1), 21:841(b)(1)(C), 18:2(a), in exchange for the undertakings made by the government in the written plea agreement. On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Count 4 be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. It is further recommended that

defendant remain detained pending sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, determination of defendant's status pending sentencing, and imposition of sentence are specifically reserved for the district judge.

Dated: November 28, 2017          /s/ Timothy P. Greeley
                                  TIMOTHY P. GREELEY
                                  UNITED STATES MAGISTRATE JUDGE